# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM, | 1:05-cv-00283-AWI-GSA-PC |
| Plaintiff, | ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| ROJAS, et al., | |
| Defendants. | (Doc. 9) |

Plaintiff Bryan E. Ransom ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on February 28, 2005. On May 24, 2006, the court dismissed the complaint with leave to amend, and on June 26, 2006, plaintiff filed an amended complaint. The court screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A and found that it states a cognizable claim for relief under section 1983 against defendant Rojas for retaliation in violation of the First Amendment.[1] Fed. R. Civ. P. 8(a); Rizzo v. Dawson, 778 F.2d 527, 532 (9th Cir. 1985); see also Valandingham v. Bojorquez, 866 F.2d 1135 (9th Cir. 1989); Pratt v. Rowland, 65 F.3d 802, 807 (9th Cir. 1995);

---

[1] In a Findings and Recommendations issued concurrently with this order, the court recommended that defendants Castro, Alverez, Carter and Dicks be dismissed from this action for failure to state a claim against them under section 1983, and plaintiff's Eighth Amendment claim against defendant Rojas for denial of showers be dismissed for failure to state a cognizable Eighth Amendment claim against him.

1

Rhodes v. Robinson, 408 F.3d 559, 567-68 (9th Cir. 2005); Bruce v. Ylst, 351 F.3d 1283, 1288 (9th Cir. 2003).   Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendant:

    ROJAS

2. The Clerk of the Court shall send plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed June 26, 2006.  (Doc. 9.)

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for defendant Rojas; and

    c. Two (2) copies of the endorsed complaint filed June 26, 2006.

4. Plaintiff need not attempt service on defendant and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **November 14, 2007**              /s/ **Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE

2