1

2

3

4

5

6

7             IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   BRYAN E. RANSOM                    1:05-cv-00283-AWI-GSA-PC

11        vs.                          ORDER ADOPTING FINDINGS AND
                                       RECOMMENDATIONS TO DISMISS
12                                     CERTAIN DEFENDANTS AND
     ROJAS, et al.,                    CLAIMS FROM THIS ACTION
13                                     (Doc. 14)
              Defendants.
14   _____/

15           Bryan E. Ransom ("plaintiff") is a state prisoner proceeding pro se in this civil rights

16   action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

17   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

18           On November 15, 2007, findings and recommendations were entered, recommending

19   that certain defendants and claims be dismissed from this action, based on notice by plaintiff that he

20   agrees to proceed only on the cognizable retaliation claim against defendant Rojas.  Plaintiff was

21   provided an opportunity to file objections to the findings and recommendations within twenty days.

22   To date, plaintiff has not filed objections and, on November 29, 2007, plaintiff submitted documents

23   to the court for service of process on defendant Rojas only.

24           In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-

25   305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire

26   file, the court finds the findings and recommendations to be supported by the record and proper

27   analysis.

28
                                    1

1    Accordingly, THE COURT HEREBY ORDERS that:

2    1.    The Findings and Recommendations issued by the Magistrate Judge on November 15,

3    2007, are adopted in full;

4    2.    Defendants Castro, Alverez, Carter, and Dicks are dismissed from this action, without

5    prejudice, based on plaintiff's failure to state a claim under section 1983 against them;

6    3.    Plaintiff's Eighth Amendment claim against defendant Rojas for denying plaintiff the

7    opportunity to take showers is dismissed from this action, without prejudice, for failure to state a

8    cognizable Eighth Amendment claim against him; and

9    4.    This action now proceeds only against defendant Rojas on plaintiff's retaliation claim;

10   and

11   5.    This action is referred back to the Magistrate Judge for service of process.

12

13   IT IS SO ORDERED.

14   **Dated:    January 17, 2008**                        **/s/ Anthony W. Ishii**
                                                           UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2