1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    **BRYAN E. RANSOM,**                          1:05-CV-00283 AWI-GSA PC

12                                Plaintiff,        **ORDER GRANTING
                                                    EXTENSION OF TIME
13                  v.                              FOR DEFENDANT TO
                                                    FILE RESPONSE TO FIRST
14    **M. ROJAS,**                                 AMENDED COMPLAINT**
                                                    (Doc. 22)
15                                Defendant.        DEADLINE APRIL 30, 2008

16

17        Plaintiff, Bryan E. Ransom ("plaintiff"), is a state prisoner proceeding pro se and in

18    forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 27,

19    2008, defendant Rojas filed an ex parte motion for an extension of time to file a response

20    to the first amended complaint.  Good cause having been presented to the court, and

21    GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that defendant

22    is GRANTED an extension of time until April 30, 2008 in which to file a response to the

23    amended complaint.

24        IT IS SO ORDERED.

25        **Dated:    April 3, 2008**              _____/s/ **Gary S. Austin**_____
                                                    UNITED STATES MAGISTRATE JUDGE
26

27

28

Order Granting Extension of Time for Filing of Defendant's Responsive Pleading to Complaint

1