UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN E. RANSOM,<br><br>    Plaintiff,<br><br> v.<br><br>ROJAS, et al.,<br><br>    Defendants. | 1:05-cv-00283-AWI-GSA-PC<br><br>ORDER REQUIRING DEFENDANT ROJAS TO FILE ANSWER TO FIRST AMENDED COMPLAINT<br>(Doc. 9)<br><br>SIXTY DAY DEADLINE |

  Bryan E. Ransom ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint initiating this action on February 28, 2005. (Doc. 1.) The court screened plaintiff's complaint and issued an order on May 24, 2006, dismissing the complaint with leave to amend. (Doc. 8.) Plaintiff filed an amended complaint ("First Amended Complaint") on June 26, 2006. (Doc. 9.) On November 2, 2007, the court screened the First Amended Complaint and issued an order requiring plaintiff to either file a Second Amended Complaint or notify the court of his willingness to proceed only on the retaliation claim against defendant Rojas. (Doc. 12.) On November 8, 2007, plaintiff filed a response notifying the court he was willing to proceed only on the retaliation claim against defendant Rojas. (Doc. 13.) The First Amended Complaint was served, and on April 29, 2008, defendant Rojas filed a motion to dismiss for plaintiff's failure to exhaust administrative remedies. (Doc. 25.) The court denied the motion to dismiss on October 16, 2008. (Docs. 28, 31.) As a result, this action

1  proceeds against defendant Rojas on plaintiff's claim for retaliation.  At this stage of the
2  proceedings, defendant Rojas shall be required to file an answer to the First Amended Complaint.
3      Accordingly, IT IS HEREBY ORDERED that within sixty days of the date of service of this
4  order, defendant Rojas shall file an answer to the First Amended Complaint.

6    IT IS SO ORDERED.
7    **Dated:**  **October 30, 2008**          /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

2