# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN RANSOM,<br><br>            Plaintiff,<br><br>    v.<br><br>ROJAS, et al.,<br><br>            Defendants.<br>_____/ | 1:05-cv-00283-AWI-GSA PC<br><br>ORDER ADDRESSING PLAINTIFF'S CONSENT FOR REFERRAL TO MEDIATION (Doc. 39.)<br><br>ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE BEFORE UNITED STATES MAGISTRATE JUDGE KELLISON WOULD BE BENEFICIAL<br><br>THIRTY-DAY DEADLINE |

Plaintiff Bryan Ransom ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's first amended complaint, filed June 26, 2006, on Plaintiff's retaliation claim against Defendant Rojas ("Defendant"). (Doc. 9.) Defendant filed an answer to the first amended complaint on December 22, 2008. (Doc. 35.)

On July 30, 2009, Plaintiff filed a notice of his consent for referral to mediation and stay of the proceedings. (Doc. 39.) In the notice, Plaintiff notified the Court that he has met with the Prison Mediation Coordinator for the Eastern District of California, and he desires to participate in mediation with Magistrate Judge Kellison. Id. at 1:17-19.

This Court has been provided with the opportunity to refer cases for settlement to the Honorable Craig M. Kellison, a United States Magistrate Judge with the Eastern District of

1  California. The settlement conferences are ordinarily held in person at one of the state prisons in the
2  Eastern District of California. Plaintiff and Defendant shall notify the Court whether they believe,
3  in good faith, that settlement in this case is a possibility and whether they are interested in having
4  a settlement conference with Judge Kellison.[1]

5  The settlement conference may be conducted at a facility which is not a Level IV prison.
6  Therefore, Defendant's counsel shall notify the Court whether there are security concerns that would
7  prohibit scheduling a settlement conference. If Plaintiff is a Level IV inmate and security concerns
8  exist, counsel shall notify the Court whether those concerns can be adequately addressed if Plaintiff
9  is transferred to a non-Level IV prison for settlement only and then returned to a Level IV prison for
10 housing. Counsel shall also notify the Court of any other security concerns.

11 Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff and
12 Defendant shall file a written response to this order.[2]

14 IT IS SO ORDERED.

15 **Dated:    August 7, 2009**                /s/ **Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] The parties may wish to discuss the issue by telephone in determining whether they believe settlement is feasible.

[2] The issuance of this order does not guarantee referral to Judge Kellison, but the Court will make every reasonable attempt to secure the referral should both parties desire a settlement conference with Judge Kellison. If the case is referred for settlement, the case will be stayed by order pending completion of the settlement conference.