# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN RANSOM, | 1:05-cv-00283-AWI-GSA PC |
| Plaintiff, | ORDER REGARDING STATUS OF MEDIATION |
| v. | |
| ROJAS, et al., | ORDER FOR CASE TO PROCEED ACCORDING TO COURT'S PREVIOUS SCHEDULING ORDER |
| Defendants. | (Doc. 36.) |

Plaintiff Bryan Ransom ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's first amended complaint, filed June 26, 2006, against Defendant Rojas ("Defendant") for retaliation. (Doc. 9.) Defendant filed an answer to the first amended complaint on December 22, 2008. (Doc. 35.) On December 24, 2008, the court issued a Discovery/Scheduling Order establishing pretrial deadlines. (Doc. 36.)

On July 30, 2009, Plaintiff filed a notice indicating his desire to participate in mediation of this action before Magistrate Judge Kellison. (Doc. 39.) On August 10, 2009, the court issued an order requiring the parties to this action to notify the court whether a settlement conference would be beneficial at this stage of the proceedings. (Doc. 40.) On September 8, 2009, Defendant filed a written notice informing the court that settlement would not be beneficial at this time. (Doc. 41.) Accordingly, a mediation hearing shall not be scheduled, and this action now proceeds according to the schedule established by the court's Discovery/Scheduling Order of December 24, 2008.

IT IS SO ORDERED.

Dated:   **October 8, 2009**            **/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE